IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civ. No. 18-00242-ACK-KSC |
| TWOL LLC, LOI CHI HANG, NGUYEN NGOC TRAN, and LNK FISHERY LLC, | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO ENTER THE CONSENT DECREE

The Court, having considered the United States' Second Unopposed Motion to Enter the Consent Decree, and for good cause shown, hereby orders that the motion is GRANTED. The Court will sign and enter the Consent Decree.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, August 8, 2018.



_____
Alan C. Kay
Sr. United States District Judge

United States of America v. TWOL LLC et al., Civ. No. 18-00242-ACK-KSC, Order Granting Plaintiff's Second Unopposed Motion to Enter the Consent Decree.